**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK GOODMAN
ADC #87233                                                                                              PLAINTIFF

V.                                    5:04CV00285 JTR

AGNES J. THOMAS,
Sergeant, Cummins Unit, ADC, et al.                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to fully and properly exhaust his administrative remedies. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 12th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE